918 P.2d 265

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| State v. Fetui | 17365 | 5/01/96 | Vacated and Remanded |
| Allosada v. TLA, Inc. | 17089 | 5/08/96 | Reversed |
| Pearl Kai Food Court Ltd. Partnership v. Baldonado | 17045 | 5/09/96 | Affirmed and Remanded |
| Lieberman v. Lieberman | 15858 | 5/29/96 | Affirmed |
| State v. Wright | 17415 | 5/30/96 | Affirmed |
| State v. Villamor | 16954 | 5/30/96 | Affirmed |